IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01561-KMT

ROSE MCBRIDE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner, Social Security Administration

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on August 19, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Rose McBride  and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.  It is

FURTHER ORDERED that Plaintiff is awarded costs pursuant to Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1

DATED at Denver, Colorado this __19th__ day of August , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
[M. Ortiz], Deputy Clerk