IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01561–KMT

ROSE MCBRIDE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner, Social Security Administration,

    Defendant.

## ORDER

It is hereby **ORDERED** that the parties' "Stipulation for Equal Access to Justice Act Attorney Fees" (Doc No. 29, filed Oct. 20, 2015) is **GRANTED**. Upon stipulation by the parties, Plaintiff is awarded $7,500.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

Rose McBride
c/o Gordon W. Williams, esq.
12136 W. Bayaud Ave., Suite 270
Lakewood, CO 80228

Dated this 21st day of October, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge